UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FAUSTINO CARMONA GIJON,<br><br>Petitioners,<br><br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondents. | Case No. 2:26-cv-03242-TMC<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

The petition for writ of habeas corpus is DENIED. The parties agree that Petitioners qualify for a bond hearing under *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025), *aff'd*, 183 F.4th 1160 (9th Cir. 2026). They also agree that apart from Alvaro Robles-Villanueva, who was recently released on bond (Dkt. 11-1), Petitioners have yet to request a bond hearing. Dkt. 8 at 2; *see also* Dkt. 10 at 2 ("Counsel is proceeding with bond requests on behalf of the remaining Petitioners . . . . Counsel expects to submit bond requests for all remaining Petitioners by the end of the week.") In sum, because Petitioners do not face any legal obstacle to requesting and receiving a bond hearing, they cannot show that their ongoing detention without an individualized custody determination violates either the Immigration & Nationality Act or the Fifth Amendment's due process clause.

Accordingly, the petition for writ of habeas corpus (Dkt. 1) is DENIED.

Dated this 13th day of October, 2026.

Tiffany M. Cartwright
United States District Judge